HUNTON & WILLIAMS LLP
EMILY BURKHARDT VICENTE (SBN 263990)
Email: ebvicente@hunton.com
CHRISTIANE A. ROUSSELL (SBN 249847)
Email: croussell@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

MICHAEL J. F. SMITH, P.C.
Michael J. F. Smith
John L. Migliazzo
1391 West Shaw Ave., Suite D
Fresno, California 93711
Telephone: (559) 229-3900

Attorneys for Plaintiff
LUIS PACHECO

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PACHECO, an individual, | Case No.: 1:14-cv-01258-BAM |
| Plaintiff, | |
| v. | Magistrate Judge:<br>Hon. Barbara McAuliffe |
| LOWE'S HOME CENTERS, LLC, a California Limited Liability Company; and DOES 1-50; | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

Plaintiff LUIS PACHECO and Defendant LOWE'S HOME CENTERS, LLC., hereby stipulate to and jointly request through their designated counsel that this Court enter a dismissal of Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED:  February 25, 2015                    **MICHAEL J. F. SMITH, P.C.**

By: s/John L. Migliazzo
John L. Migliazzo
Attorneys for Plaintiff
Luis Pacheco
*(authorizing e-filing by Emily Burkhardt Vicente)*

DATED:  March 20, 2015                       **HUNTON & WILLIAMS LLP**

By: s/Emily Burkhardt Vicente
Emily Burkhardt Vicente
Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

ORDER

IT IS SO ORDERED that this Court enter a dismissal of Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own fees and costs.  The Clerk of the Court is instructed to close this case.

Dated:  **March 24, 2015**                   /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California  90071